IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No.:  1:23-CR-00043
1:22-CR-00190

JEXON MADRID-FLORES.

## **MOTION TO PROCEED *IN FORMA PAUPERIS***

Comes now the Defendant JEXON MADRID-FLORES and files this request to proceed

*in forma pauperis* with his appeal of the final order entered in this matter to the United States Court

of Appeals for the District of Columbia Circuit. The request is made pursuant to Federal Rules of

Appellate Procedure Rule 24. In support of which the Defendant states the following:

1. This Honorable Court has previously declared him indigent.

2. In light of the Defendant's current financial condition, he is entitled to redress.

3. The defendant intends to raise the sufficiency of the evidence issue on appeal.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JEXON MADRID-FLORES

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on October 15, 2024.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JEXON MADRID-FLORES